UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Grant McKoy                                            Docket No. 7:14-CR-41-9FL

**Petition for Action on Supervised Release**

COMES NOW John A. Cooper, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Grant McKoy, who upon an earlier plea of guilty to 21 U.S.C. § 846 and 841(a)(1) Conspiracy to Distribute and Possess With Intent to Distribute a Quantity of Cocaine, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on February 5, 2015, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Grant McKoy was released from custody on August 19, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 23, 2017, McKoy was arrested and charged by N.C. Highway Patrol with Driving While Impaired in Bladen County. According to the defendant, he drank a couple of beers after work and drove to get something to eat. He encountered a DWI checkpoint and was charged with Driving While Impaired. Since McKoy's release, he has been employed fulltime and compliant with all other conditions of supervision. It is recommended supervision be continued and the court impose a two-day jail sanction to be served as a punitive sanction and allow the state to dispose of this case which remains pending for July 5, 2017. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                                    I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton                                    /s/ John A. Cooper
Supervising U.S. Probation Officer                  U.S. Probation Officer
                                                                          Wilmington, NC
                                                                          Phone: 910-679-2046
                                                                          Executed On: June 8, 2017

**Grant McKoy**
**Docket No. 7:14-CR-41-9FL**
**Petition For Action**
**Page 2**

**ORDER OF THE COURT**

Considered and ordered this __8th__ day of _____June_____, 2017, and ordered filed and made a part of the records in the above case.

_____/s/ Louise W. Flanagan_____
Louise W. Flanagan
U.S. District Judge